```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 04895
   ROCHELLE MACK JAMES
                                         CHAPTER 13

                                         JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5628
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/01/08.

2. The case was converted to Chapter 7 without confirmation, 06/27/2008.

3. The Debtor paid a total of $ 4340.00.

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | 300.00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 300.00 | .00 | .00 | .00 | 300.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 300.00 | .00 | .00 | .00 | 300.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC   , was allowed $ 3500.00 and was paid $ 18.50 direct and $ 2725.71 through the plan.

The Trustee received $ 186.29.

Refunds to the Debtor totaled $ 1128.00.

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/11/08                    /S/
                                GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 04895 ROCHELLE MACK JAMES